# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**ANTHONY L. COOPER,**
**D.O.C. # 277718,**

    **Plaintiff,**

vs.                                           **Case No. 4:08cv85-SPM/WCS**

**GOVERNOR CHARLIE CRIST,**

    **Defendant.**

_____/

## REPORT AND RECOMMENDATION

Plaintiff, a state prisoner, has submitted a petition requesting "emergency relief." Doc. 1. Plaintiff did not file a motion seeking leave to proceed with *in forma pauperis* status, with good reason. Plaintiff is not entitled to proceed *in forma pauperis* in the federal courts absent allegations that he is in imminent danger because he has incurred more than three "strikes" under 28 U.S.C. § 1915(g).[1]

The instant petition is not on complaint forms and does not assert § 1983 claims. Instead, Plaintiff complains that Defendant Charlie Crist, Governor the State of Florida,

---

[1] It is unnecessary to list all of Plaintiff's cases, but sufficient to note that case 3:00cv135 was dismissed as malicious, case 3:00cv51 was dismissed as malicious, case 4:98cv197 was dismissed as frivolous, and case 3:00cv89 was dismissed as malicious for abuse of judicial process. *See* 4:04cv303.

is in violation of the E.E.O.C.  Doc. 1.  He also complains that numerous corrections staff are providing contraband items to two inmates and Plaintiff believes they are planning on escaping.  *Id.*  Plaintiff has other allegations which need not be explained further because this document is not sufficient to bypass the bar of § 1915(g).  Plaintiff does not present any allegations which demonstrate he is entitled to *in forma pauperis* status under the imminent danger provision of the Prison Litigation Reform Act.  Indeed, the complaint presented here lacks any connection to Plaintiff at all and is, thus, entirely frivolous.  This case must be dismissed without prejudice.  Plaintiff should be permitted to re-file his case if he simultaneously pays the full amount of the filing fee.  *See* Dupree v. Palmer**,** 284 F.3d 1234 (11th Cir. 2002).

## RECOMMENDATION

In light of the foregoing, it is respectfully **RECOMMENDED** that this action be **DISMISSED** because Plaintiff is barred by 28 U.S.C. § 1915(g) from initiating a civil rights case in federal court without full payment of the filing fee at the time he submits the complaint.

**IN CHAMBERS** at Tallahassee, Florida, on March 3, 2008.

   s/     William C. Sherrill, Jr.
**WILLIAM C. SHERRILL, JR.**
**UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation.  A party may respond to another party's objections within 10 days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**

Case No. 4:08cv85-SPM/WCS