IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ANTHONY L. COOPER,
D.O.C. # 277718,

      Plaintiff,

vs.                                  CASE NO. 4:08cv85-SPM/WCS

GOVERNOR CHARLIE CRIST,

      Defendant.
_____/

## ORDER

THIS CAUSE comes before the Court for consideration of the magistrate judge's Report and Recommendation (doc. 3) dated March 3, 2008.  Plaintiff has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  No objections have been filed.  Having considered the Report and Recommendation, I have determined that it should be adopted.

Accordingly, it is hereby ORDERED as follows:

1.      The magistrate judge's Report and Recommendation (doc. 3) is ADOPTED and incorporated by reference in this order.

2.      This case is dismissed because Plaintiff is barred by 28 U.S.C. § 1915(g) from initiating a civil rights case in federal court without full payment of

the filing fee at the time he submits the complaint.

DONE AND ORDERED this 3rd day of April, 2008.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge

CASE NO. 4:08cv85-SPM/WCS